614 S.E.2d 635

**Jack L. HINTON, Jr., Respondent,**

v.

**SOUTH CAROLINA DEPARTMENT OF PROBATION, PAROLE AND PARDON SERVICES, Petitioner.**

No. 25994.

Supreme Court of South Carolina.

Heard May 5, 2005.

Decided June 6, 2005.

Deputy Director Teresa A. Knox, Legal Counsel J. Benjamin Aplin, Legal Counsel Lovee McKinney Watts, all of South Carolina Department of Probation, Pardon and Parole, of Columbia, for Petitioner.

William M. Hagood, III, Love, Thornton, Arnold & Thomason, of Greenville, for Respondent.

PER CURIAM:

We granted a writ of certiorari to review the Court of Appeals' opinion in *Hinton v. S.C. Dep't of Probation, Parole, and Pardon Servs.*, 357 S.C. 327, 592 S.E.2d 335 (Ct.App. 2004). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.